IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM ALLEN BLALOCK, | No. CIV S-09-1407-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| A. MARTEL, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal (Doc. 24). Because no response to the complaint has been filed, leave of court is not required and the action is dismissed, without prejudice, on plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(I). Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

DATED: July 6, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1